**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose M. GOMEZ, Defendant–Appellant.**

**No. 11–50068.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Bruce R. Castetter, Assistant U.S., Robert Steven Huie, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rosemarie Maliekel, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jose M. Gomez appeals from the 46–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gomez contends that the district court failed to respond adequately to his argument that his criminal history category classification overrepresented the seriousness of his criminal history. The district court did not err, must less plainly err, in rejecting that argument. *See United States v. Blinkinsop*, 606 F.3d 1110, 1114–17 (9th Cir.2010).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.